# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

Case Name: **CRUZ VEGA v. LAROSE, et al.**   Case Number: **3:25-cv-2725-CAB-MSB**

Hon. Cathy Ann Bencivengo   Ct. Deputy Lori Hernandez   Rptr Tape: [Reporter Tape]

On November 24, 2025, Petitioner filed a status update informing the Court that she posted bond and was released from custody. Accordingly, the Court denies the habeas petition as moot and instructs the Clerk of Court to close the case. The Court also vacates its order that the parties provide a status update by December 12, 2025.

Date: November 25, 2025                                                                                           Initials: MA